IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CONSOLIDATED RAIL CORPORATION** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 07- |
| : | |
| **JOHN M. GRIBBIN** : | |
| : | |
| Defendant : | |

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Consolidated Rail Corporation ("Conrail"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Conrail, which have any outstanding securities in the hands of the public. Conrail is 58% owned by Norfolk Southern Corp. and 42% owned by CSX Corporation.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

Of Counsel:

*[signature]*

Charles H. Carpenter (D.C. Bar # 432004)
PEPPER HAMILTON LLP
600 Fourteenth Street, N.W., Suite 500
Washington, DC  20005-2004
Telephone: (202) 220-1200
Facsimile: (202) 220-1665
carpenterc@pepperlaw.com

Laurence Z. Shiekman
Ken Massey
T. Joel Zuercher
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
Telephone: (215) 981-4000
Facsimile: (215) 981-4750

Attorneys for Plaintiff,
Consolidated Rail Corporation

July 27, 2007