IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CONSOLIDATED RAIL CORPORATION** | : | |
| Plaintiff, | : | |
| v. | : | Case 1:07-CV-1371-RMU |
| **JOHN M. GRIBBIN** | : | |
| Defendant. | : | |

## CONSENT MOTION FOR ENLARGEMENT OF TIME

Defendant John M. Gribbin ("Defendant") hereby moves the Court for an order granting additional time to respond to plaintiff's Complaint and plaintiff's motion to stay, and states as follows:

1. This action was filed by plaintiff on July 27, 2007.

2. Upon information and belief, the Complaint and Summons were served and a responsive pleading is due this week.

3. The parties have agreed to extend the time for filing (a) a response to the Complaint and (b) a response to plaintiff's Motion For a Partial Stay Of Proceedings Pending In The Court Of Common Pleas Of Philadelphia County.

4. The parties have agreed that defendant's response to the Complaint and Motion will be due on September 13, 2007.

5. Plaintiff consents to the relief sought in this Motion.

6. Defendant recognizes that the Court's standing order in civil cases requires that Motions for extension of time be made at least four days before the due date. Undersigned local

counsel was retained yesterday and seeks the Court's indulgence to the extent this deadline was missed.

    7.    A proposed Order is attached.

Dated: August 21, 2007                  /s/ Denis C. Mitchell
                                       Denis C. Mitchell, Bar No. MD26510
                                       STEIN MITCHELL & MEZINES
                                       1100 Connecticut Avenue NW
                                       Suite 1100
                                       Washington, DC 20036
                                       202-737-7777
                                       dmitchell@steinmitchell.com

                                       Attorney for Defendant John M. Gribbin

Of Counsel:

Kip A. Harbison
GLASSER & GLASSER PLC
Crown Center, Suite 600
580 East Main St.
Norfolk, VA  23510-2212
Telephone: (757) 657-6787
Facsimile: (757) 625-5959
kip@glasserlaw.com

Attorney for Defendant
John M. Gribbin

**CERTIFICATE OF SERVICE**

I certify that the foregoing Motion was this 21st day of August, 2007 served electronically and by first class mail on counsel for the plaintiff:

>Laurence Z. Shiekman, Esquire
>Ken Massey, Esquire
>T. Joel Zuercher, Esquire
>PEPPER HAMILTON, LLP
>3000 Two Logan Square
>Eighteenth and Arch Streets
>Philadelphia, PA 19103-2799
>
>Charles Carpenter, Esquire
>PEPPER HAMILTON, LLP
>600 Fourteenth Street NW, St. 500
>Washington, DC 20005-2004

/s/ Denis C. Mitchell_____
Denis C. Mitchell

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CONSOLIDATED RAIL CORPORATION**  :<br>:<br>:<br>Plaintiff,  :<br>:  Case 1:07-CV-1371-RMU<br>**v.**  :<br>:<br>**JOHN M. GRIBBIN**  :<br>:<br>Defendant.  | |

## ORDER

Upon consideration of defendant's consent Motion For An Extension Of Time and the entire record in this matter, it is hereby

ORDERED that the Motion is granted; it is further

ORDERED that defendants shall respond to (1) plaintiff's Complaint For Declaratory Relief and (2) plaintiff's Motion For A Partial Stay Of Proceedings Pending In The Court Of Common Pleas Of Philadelphia County on or before September 13, 2007.

Dated: _____

                                                           _____
                                                           The Honorable Ricardo M. Urbina
                                                           United States District Court
                                                           for the District of Columbia

<u>Copies to</u>:

Denis C. Mitchell
STEIN MITCHELL & MEZINES
1100 Connecticut Avenue NW
Suite 1100
Washington, DC 20036
dmitchell@steinmitchell.com

Kip A. Harbison
GLASSER & GLASSER PLC
Crown Center, Suite 600
580 East Main St.
Norfolk, VA  23510-2212

Laurence Z. Shiekman, Esquire
Ken Massey, Esquire
T. Joel Zuercher, Esquire
PEPPER HAMILTON, LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

Charles Carpenter, Esquire
PEPPER HAMILTON, LLP
600 Fourteenth Street NW, St. 500
Washington, DC 20005-2004