AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CONSOLIDATED RAIL CORPORATION
2001 Market Street
Philadelphia, PA 19103

**SUMMONS IN A CIVIL CASE**

V.

JOHN M. GRIBBIN
1685 Wicomico Lane
Virginia Beach, VA 23464

CASE

Case: 1:07-cv-01371
Assigned To : Urbina, Ricardo M.
Assign. Date : 7/27/2007
Description: General Civil

TO: (Name and address of Defendant)

JOHN M. GRIBBIN
1685 Wicomico Lane
Virginia Beach, VA 23464

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles Carpenter
PEPPER HAMILTON LLP
600 Fourteenth Street, N.W., Suite 500
Washington D.C., 20005-20004

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**      JUL 2 6 2007

CLERK                                                      DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 8/7/07 @ 6:00 p.m. |
| NAME OF SERVER (PRINT) Alvah Owens | TITLE Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Mrs. Gribbin, Spouse

Served at 1685 Wicomico Lane, Virginia Beach, VA 23464

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    8/7/07    *[signature]*
             Date         Signature of Server

P.O. Box 18647, Washington, DC 20036
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.