IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CONSOLIDATED RAIL CORPORATION,** : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> **JOHN M. GRIBBIN,** : <br> : <br> Defendant. : | CIVIL ACTION NO. 07-01371 |

## NOTICE OF WITHDRAWAL OF MOTION

Trial in *Gribbin v. Consolidated Rail Corporation*, No. 07-2320 in the Court of Common Pleas in Philadelphia County, Pennsylvania has been set for June 2008. Plaintiff's motion to stay filed in this Court on July 27, 2007 is hereby withdrawn, without prejudice.

Dated: September 28, 2007            Respectfully submitted,

/s/ Charles H. Carpenter
Charles H. Carpenter (D.C. Bar # 432004)
PEPPER HAMILTON LLP
600 Fourteenth Street, N.W., Suite 500
Washington, DC  20005-2004
Telephone: (202) 220-1200
Facsimile: (202) 220-1665

-2-

Laurence Z. Shiekman (*pro hac vice*)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103
Telephone: (215) 981-4000
Facsimile: (215) 981-4750

*Attorneys for Plaintiff*
*Consolidated Rail Corporation*